Dale Maisano 077877
Arizona State Prison ~~Tucson~~ ~~Manzanita~~ Lewis
P.O. Box ~~24401~~ 3100
~~Tucson, Arizona 85734~~
Buckeye 85326

RECEIVED 1 of 1
IN CLERK'S OFFICE
JUN 30 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

In The United States District Court
For The Middle District of Tennessee

Dale Maisano,
   Plaintiff,
      Doctor
V. Kenneth Merchant
Corizon Health Inc,
   Defendant

3:14 mc 799

Jury Trial Demanded x 16
42 U.S.C. §1983(c) 1955, Under Civil
Rights Act of 1871 Ex Post Facto & RICO
and Medical Malpractice

Corizon Health Inc is fully aware The Food Im Given
Daily is Making Me Ill is Pure Torture as is...
Wal-Mart V. Dukes, 131 S. Ct. 2541 (2011) They are
Fully aware Im Claiming Medical Malpractice & RICO Only
Relief Requested

1. Stop The Torture and Give Me Food That will not Make Me Ill x 3 x Per Day x 365 Days Per Year.
2. From This Defendant Under The RICO Act Violation Ten Trillion Dollars U.S. Under The Civil Rights Act of 1871 As a Pat Pack Ten Trillion Dollars U.S. Not a Joke
3. Do to The Fact Im entitled to 10,000 Pending Copies, but The DOC has No paper No Service Copies are given. But are required for all 2 Needed Both Defendant & Plaintiff, As Well as one of Any Carbon used VIA Court in Defendant

Submitted by Dale Mais___ 6.11.14

Inmate Dale Maisano
ADC # 077877
Arizona State Prison Complex Lewis
Unit Stiner
P.O. Box 3100
Buckeye, AZ 85326



Clerk of The United States
District Court
800 U.S. Courthouse
Nashville, Tennessee 37203

Legal Mail